# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| LAURA REPPER, | ) | |
| | ) | **Case 1:15-cv-00033** |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| TURNING POINT SOLUTIONS, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SETTLEMENT

NOW COMES the Plaintiff, LAURA REPPER, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 60 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.


DATED:  April 20, 2015          RESPECTFULLY SUBMITTED

                                By: /s/ Mark D. Trujillo, Esq.
                                    Mark D. Trujillo, Esq.
                                    2025 Rio Grande Blvd. NW
                                    Albuquerque, NM 87104
                                    Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on April 20, 2015, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System. A copy of said Notice was submitted to all parties by way of the Court's CM/ECF System

By: /s/ Mark D. Trujillo
Mark D. Trujillo, Esq