UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

| | |
|---|---|
| LAURA REPPER, | ) |
| | ) **Case 1:15-cv-00033-KBM-SCY** |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| TURNING POINT SOLUTIONS, LLC, | ) |
| | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF VOLUNTARY DISMISSAL**

LAURA REPPER (Plaintiff), by her attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, TURNING POINT SOLUTIONS, LLC (Defendant), in this case.

DATED: May 14, 2015       RESPECTFULLY SUBMITTED

By: /s/ Mark D. Trujillo, Esq.
       Mark D. Trujillo, Esq.
       2025 Rio Grande Blvd. NW
       Albuquerque, NM 87104
       Attorney for Plaintiff

1

## CERTIFICATE OF SERVICE

I hereby certify that on May 14, 2015, I electronically filed the foregoing Notice of Voluntary Dismissal with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was submitted to all parties by way of the Court's CM/ECF System

By: /s/ Mark D. Trujillo
Mark D. Trujillo, Esq